IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLON JERMAINE DAILEY, #189344, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-CV-157-WHA |
| ) | |
| ) | |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 7, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by this Court.

A separate Final Judgment will be entered.

DONE this 3rd day of May, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE